ORIGINAL

FILED
NOV 8 2013
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DISASTER WARNING NETWORK, INC.<br><br>Plaintiff,<br><br>-against-<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 13-890 C |

## COMPLAINT

Plaintiff Disaster Warning Network, Inc., by its undersigned attorneys, brings this action against defendant United States of America, and for its complaint alleges as follows:

### NATURE OF ACTION

1. This is an action to recover reasonable and entire compensation for the unlicensed use and manufacture by and for the United States of inventions described in and covered by U.S. Patent No's 5,910,763 and 6,169,476.

### JURISDICTION

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1491(a) and 1498(a).

### PARTIES

3. Plaintiff Disaster Warning Network, Inc. ("DWN") is a corporation organized and existing pursuant to the laws of the State of Delaware.

4. Defendant is the United States of America ("United States"), based upon the actions of its agents including but not limited to the Federal Emergency Management Agency ("FEMA"); the United States Department of Homeland Security ("DHS"); the National

1

Weather Service ("NWS"); the National Oceanic and Atmospheric Administration ("NOAA"); the National Aeronautics and Space Administration ("NASA"); and the Federal Communications Commission ("FCC").

## ASSERTED PATENTS

5. The patents asserted in this Complaint are U.S. Patent No. 5,910,763 entitled "Area Warning System For Earthquakes And Other Natural Disasters" (the "'763 Patent") and U.S. Patent No. 6,169,476 entitled "Early Warning System For Natural And Manmade Disasters" (the "'476 Patent").

6. On June 8, 1999, the U.S. Patent and Trademark Office duly and lawfully issued the '763 Patent to inventor John Flanagan. A true and correct copy of the '763 Patent is attached hereto as Exhibit A.

7. On January 2, 2001, the U.S. Patent and Trademark Office duly and lawfully issued the '476 Patent to inventor John Flanagan. A true and correct copy of the '476 Patent is attached hereto as Exhibit B.

8. The '763 Patent and the '476 Patent are collectively referred to as the "Asserted Patents" herein.

9. The Asserted Patents relate generally to disaster warning systems.

10. Each of the Asserted Patents is a valid and enforceable United States Patent issued after a full and fair examination.

11. DWN is the sole owner by assignment of the entire right, title, and interest in and to each of the Asserted Patents.

## KNOWLEDGE OF THE PATENTS-IN-SUIT BY THE UNITED STATES AND ITS CONTRACTORS

1. Starting in 1999, inventor John Flanagan created a website,

www.disasterwarning.com, for the purpose of commercializing the disaster warning technology described in the Asserted Patents ("DWN's website").

2. DWN's website explicitly noted the existence of the Asserted Patents.

3. DWN's website generated and maintained logs of visits to the website. These logs included information including among other things the dates of visits to the website and the visitors' Internet Protocol addresses ("IP Addresses").

4. Since 1999, DWN's website received numerous visits from IP Addresses assigned to United States Federal agencies involved in the manufacture and implementation of various disaster warning systems and networks. The IP Addresses recorded in logs maintained by DWN's website include addresses that, upon information and belief, are assigned to FEMA, DHS, NASA, and NOAA.

5. During the same period of time, DWN's website also received numerous visits from various United States government contractors or other entities who, upon information and belief, participated in the use, manufacture and implementation of various disaster warning systems and networks for and with the authorization of the United States.

**FACTUAL ALLEGATIONS**

Storm-Based Warnings

6. Upon information and belief, in January 2003, the NWS began to implement a program that became known as the Storm-Based Warning system (the "SBW"). The SBW provides geographically concise, timely, storm-specific and location-based warning information in a digital format.

7. Upon information and belief, on October 1, 2007, the NWS implemented the SBW system on a national level in the United States.

3

### Integrated Public Alert and Warning System

8. Upon information and belief, in 2004, FEMA initiated the Integrated Public Alert and Warning System ("IPAWS"). IPAWS integrates public-alerting systems into a larger, more comprehensive public-alerting system. Upon information and belief, the United States and/or its agents use IPAWS to provide location-based disaster warning alerts.

9. Upon information and belief, the United States and/or its agents activated IPAWS as early as 2010.

### Commercial Mobile Alert System

10. Upon information and belief, in 2006, the President of the United States signed into law the Warning, Alert, and Response Network Act ("WARN Act"). The WARN Act establishes a process for the creation of the Commercial Mobile Alert System ("CMAS") whereby commercial mobile service providers transmit emergency alerts to their subscribers.

11. Upon information and belief, CMAS was completed in April 2012.

12. Upon information and belief, various United States agencies and departments, including FEMA, DHS, NWS, NOAA, and/or NASA use CMAS to provide subscribers of commercial mobile service providers with timely and accurate location-based emergency alerts and warnings via their cell phones and other mobile devices.

13. Upon information and belief, as of the date of this Complaint, the United States, its agents or other entities acting for or with the authorization of the United States, continue to operate the CMAS, SBW, and IPAWS systems.

### COUNT I: UNLICENSED USE AND MANUFACTURE UNDER 28 U.S.C. § 1498 OF SYSTEMS DESCRIBED IN AND COVERED BY THE '763 PATENT

14. Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

15. Upon information and belief, the United States has used, and agents of the United

States have used for the United States and with the authorization of the United States the SBW system, as described in and covered by the '763 Patent, without a license from DWN.

16. Upon information and belief, unlicensed manufacturers have manufactured for the United States and with the authorization of the United States the SBW system, as described in and covered by the '763 Patent, without a license from DWN.

17. Upon information and belief, the United States has used, and agents of the United States have used for the United States and with the authorization of the United States the IPAWS system, as described in and covered by the '763 Patent, without a license from DWN.

18. Upon information and belief, unlicensed manufacturers have manufactured for the United States and with the authorization of the United States the IPAWS system, as described in and covered by the '763 Patent, without a license from DWN.

19. Upon information and belief, the United States has used, and agents of the United States have used for the United States and with the authorization of the United States the CMAS system, as described in and covered by the '763 Patent, without a license from DWN.

20. Upon information and belief, unlicensed manufacturers have manufactured for the United States and with the authorization of the United States the CMAS system, as described in and covered by the '763 Patent, without a license from DWN.

21. Upon information and belief, the United States has used, and agents of the United States have used for the United States and with the authorization of the United States the SBW and IPAWS systems in combination, as described in and covered by the '763 Patent, without a license from DWN.

22. Upon information and belief, unlicensed manufacturers have manufactured for the United States and with the authorization of the United States a system comprising the SBW and

IPAWS systems in combination, as described in and covered by the '763 Patent, without a license from DWN.

23. Upon information and belief, the United States has used, and agents of the United States have used for the United States and with the authorization of the United States the SBW and CMAS systems in combination, as described in and covered by the '763 Patent, without a license from DWN.

24. Upon information and belief, unlicensed manufacturers have manufactured for the United States and with the authorization of the United States a system comprising the SBW and CMAS systems in combination, as described in and covered by the '763 Patent, without a license from DWN.

25. Upon information and belief, the United States has used, and agents of the United States have used for the United States and with the authorization of the United States the IPAWS and CMAS systems in combination, as described in and covered by the '763 Patent, without a license from DWN.

26. Upon information and belief, unlicensed manufacturers have manufactured for the United States and with the authorization of the United States a system comprising the IPAWS and CMAS systems in combination, as described in and covered by the '763 Patent, without a license from DWN.

27. Upon information and belief, the United States has used, and agents of the United States have used for the United States and with the authorization of the United States the SBW, IPAWS, and CMAS systems in combination, as described in and covered by the '763 Patent, without a license from DWN.

28. Upon information and belief, unlicensed manufacturers have manufactured for the

United States and with the authorization of the United States a system comprising the SBW, IPAWS, and CMAS systems in combination, as described in and covered by the '763 Patent, without a license from DWN.

29. Upon information and belief, the United States has used, and agents of the United States have used for the United States and with the authorization of the United States other disaster warning systems, as described in and covered by the '763 Patent, without a license from DWN.

30. Upon information and belief, unlicensed manufacturers have manufactured for the United States and with the authorization of the United States other disaster warning systems, as described in and covered by the '763 Patent, without a license from DWN.

## COUNT II: UNLICENSED USE AND MANUFACTURE UNDER 28 U.S.C. § 1498 OF SYSTEMS DESCRIBED IN AND COVERED BY THE '476 PATENT

31. Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

32. Upon information and belief, the United States has used, and agents of the United States have used for the United States and with the authorization of the United States the SBW system, as described in and covered by the '476 Patent, without a license from DWN.

33. Upon information and belief, unlicensed manufacturers have manufactured for the United States and with the authorization of the United States the SBW system, as described in and covered by the '476 Patent, without a license from DWN.

34. Upon information and belief, the United States has used, and agents of the United States have used for the United States and with the authorization of the United States the IPAWS system, as described in and covered by the '476 Patent, without a license from DWN.

35. Upon information and belief, unlicensed manufacturers have manufactured for the United States and with the authorization of the United States the IPAWS system, as described

in and covered by the '476 Patent, without a license from DWN.

36. Upon information and belief, the United States has used, and agents of the United States have used for the United States and with the authorization of the United States the CMAS system, as described in and covered by the '476 Patent, without a license from DWN.

37. Upon information and belief, unlicensed manufacturers have manufactured for the United States and with the authorization of the United States the CMAS system, as described in and covered by the '476 Patent, without a license from DWN.

38. Upon information and belief, the United States has used, and agents of the United States have used for the United States and with the authorization of the United States the SBW and IPAWS systems in combination, as described in and covered by the '476 Patent, without a license from DWN.

39. Upon information and belief, unlicensed manufacturers have manufactured for the United States and with the authorization of the United States a system comprising the SBW and IPAWS systems in combination, as described in and covered by the '476 Patent, without a license from DWN.

40. Upon information and belief, the United States has used, and agents of the United States have used for the United States and with the authorization of the United States the SBW and CMAS systems in combination, as described in and covered by the '476 Patent, without a license from DWN.

41. Upon information and belief, unlicensed manufacturers have manufactured for the United States and with the authorization of the United States a system comprising the SBW and CMAS systems in combination, as described in and covered by the '476 Patent, without a license from DWN.

42. Upon information and belief, the United States has used, and agents of the United States have used for the United States and with the authorization of the United States the IPAWS and CMAS systems in combination, as described in and covered by the '476 Patent, without a license from DWN.

43. Upon information and belief, unlicensed manufacturers have manufactured for the United States and with the authorization of the United States a system comprising the IPAWS and CMAS systems in combination, as described in and covered by the '476 Patent, without a license from DWN.

44. Upon information and belief, the United States has used, and agents of the United States have used for the United States and with the authorization of the United States the SBW, IPAWS, and CMAS systems in combination, as described in and covered by the '476 Patent, without a license from DWN.

45. Upon information and belief, unlicensed manufacturers have manufactured for the United States and with the authorization of the United States a system comprising the SBW, IPAWS, and CMAS systems in combination, as described in and covered by the '476 Patent, without a license from DWN.

46. Upon information and belief, the United States has used, and agents of the United States have used for the United States and with the authorization of the United States other disaster warning systems, as described in and covered by the '476 Patent, without a license from DWN.

47. Upon information and belief, unlicensed manufacturers have manufactured for the United States and with the authorization of the United States other disaster warning systems, as described in and covered by the '476 Patent, without a license from DWN.

9

## PRAYER FOR RELIEF

WHEREFORE, DWN respectfully requests judgment in its favor and against the United States granting DWN the following relief:

A. Entry of judgment in favor of DWN against the United States on all counts;

B. Reasonable and entire compensation pursuant to 28 U.S.C. § 1498 in an amount to be determined at trial;

C. DWN's reasonable fees for expert witnesses and attorneys;

D. DWN's costs;

E. Pre-judgment and post-judgment interest on DWN's award; and

F. All such other and further relief as the Court deems just or equitable.

Dated: November 7, 2013                    Respectfully submitted,

                                           KHEYFITS & MALONEY LLP

                                           /s/ Dmitriy Kheyfits
                                           Dmitriy Kheyfits
                                           1140 Avenue of the Americas
                                           9th Floor
                                           New York, New York 10036
                                           Tel. (212) 203-5399
                                           Fax. (212) 203-6445
                                           dkheyfits@kheyfitsmaloney.com

                                           *Counsel Of Record for Plaintiff Disaster Warning Network, Inc.*

OF COUNSEL:

Michael James Maloney
KHEYFITS & MALONEY LLP
1140 Avenue of the Americas
9th Floor
New York, New York 10036
Tel. (212) 203-5399
Fax. (212) 203-6445
mmaloney@kheyfitsmaloney.com